UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE ROSS DESIMONE, Individually and on behalf of the Estate of Patrick Dunn and as the Parent and Next Friend of ALEXANDRA DESIMONE, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> KINGDOM OF SAUDI ARABIA <br><br> Defendant. | Case No. 1:16-cv-01944 |

## MOTION FOR LEAVE TO FILE PLAINTIFFS' ADDRESSES UNDER SEAL

Plaintiffs, by counsel, hereby move the Court for an Order waiving the requirements of Local Civil Rule 5.1(e) with respect to the requirement that the "full residence address of the party" be included on the caption of the pleading and allow Plaintiffs' to file such information under seal.

The following is stated in support of the Motion:

1.      This action is brought by Plaintiff Stephanie Ross DeSimone on behalf of herself, the Estate of Patrick Dunn and her minor daughter Alexandra DeSimone, for serious injuries suffered as a result of the coordinated terrorist attacks on September 11, 2001.  Decedent, Patrick Dunn was killed when the commercial airliner, hijacked by members of the terrorist organization Al Qaeda, crashed into the Pentagon.

2.      Plaintiffs have brought this action against the Kingdom of Saudi Arabia for providing material support to Al Qaeda and aiding and abetting the September 11th Attacks.

3.  Plaintiffs Stephanie Ross DeSimone and Alexandra DeSimone are fearful that the listing of their address will subject them to possible attack form terrorist organizations or other individuals.

Courts have frequently permitted plaintiffs to proceed anonymously and withhold personal information from defendants and the general public where there is a reasonable threat of physical harm. *See Ofisi v. BNP Paribas, S.A.*, 15-CV-2010 (D.D.C. 2015); *Greenbaum v. Islamic Republic, et al.,* 02 CV 2148 Docket No. 2 (D. D.C. 2002); *Onsongo v. Republic of Sudan*, 08 CV 1380 Docket No. 2 (D.D.C. 2008); *Doe v. Sullivan*, 938 F.2d 1370 (D.C. Cir. 1991); *Doe v. Bush*, 323 F.3d 133, 134 (1st Cir. 2003).

4.  The threat against Plaintiffs is reasonable in that terrorist attacks by Al Qaeda and other terrorist organizations controlled and supported by foreign sponsors have resulted in the deaths of thousands of American citizens.

5.  The Order submitted with this Motion requires the filing under seal of Plaintiffs residence address by October 31, 2016, which will give the Court the information required by Rule 5.1(e).

WHEREFORE, Plaintiffs pray that the Motion be granted and that the Court enter the Order submitted.

Respectfully submitted,

/s/ Michael J. Miller
Michael J. Miller, Esq.
D.C. Bar No. 397689
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224