**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | | |
|---|---|---|
| STEPHANIE ROSS DESIMONE, Individually and on behalf of the Estate of Patrick Dunn and as the Parent and Next Friend of ALEXANDRA DESIMONE, a minor, | ) ) ) ) ) | |
| | ) | Case No. 1:16-cv-01944 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| KINGDOM OF SAUDI ARABIA | ) ) | |
| Defendant. | ) | |

---

### [PROPOSED] ORDER

THIS MATTER having come before the Court on Plaintiffs' Motion for Waiver of Local Rule 5.1(e), and the Court having been sufficiently advised and informed, and good cause having been shown,

IT IS HEREBY ORDERED that the requirements of Local Rule 5.1(e) directing the "full residence of the party" be included on the caption of the initial pleading are hereby waived;

IT IS FURTHER ORDERED that Plaintiffs shall file their Addresses, under seal, within thirty (30) days of the entry of this Order.

IT IS SO ORDERED on this _____ day of _____, 2016.


_____
Judge, United States District Court